**Order entered October 30, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00595-CR**
**No. 05-18-00600-CR**

**TOREY DONOVAN WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-24700-M & F17-24701-M**

## ORDER

We **REINSTATE** these appeals.

We abated the appeals for a hearing to determine whether the reporter's record was complete. After the appeals were abated, court reporter Belinda Baraka filed a supplemental reporter's record of the December 5, 2017 hearing. On October 23, 2018, appellant's counsel filed a letter in which he stated that, based on his communications with court reporters Yolanda Atkins and Belinda Baraka, he believes all volumes of the reporter's record have been filed. Thereafter, on October 26, 2018, the supplemental reporter's record from the trial court's hearing was filed in which trial counsel and the trial court agreed no hearings were recorded on July 13, 2017 or July 19, 2017. In light of this, we conclude the reporter's record is complete.

We **ORDER** appellant's brief due on or before November 30, 2018.

/s/    CRAIG STODDART
        JUSTICE